JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGDU RUIHAN YONGTAI TRADING CO., LTD. d/b/a MOOYRAN US, *a Chinese corporation*, ZHENGZHOU CHONGER NETWORK TECHNOLOGY CO., LTD. d/b/a MOOYRAN AUTHORIZED SHOP, *a Chinese corporation*, AND GUIGANG TIANSHI TRADING CO., LTD. d/b/a SFOUR, *a Chinese Corporation*,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>AARON CHIEN, *an individual*, TE-JU CHIEN, *an individual*, and HSIN-YI WANG, *an individual*, JASCO PRODUCTS COMPANY LLC, *an Oklahoma Corporation*,<br><br>Defendants and Counterclaim Plaintiffs. | Case No.: 2:24-cv-04379-CV (MAAx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Cynthia Valenzuela |

On September 16, 2025, the Parties filed a Joint Stipulation for Dismissal with Prejudice of Entire Case. The Court, having considered the Parties' Stipulation and good cause appearing, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Complaint in this action is dismissed with prejudice;

2. The Counterclaim in this action is dismissed with prejudice; and

3. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:   10/2/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE